## 33104. GORDON v. GORDON.

PER CURIAM.

This is an appeal from a judgment granting a divorce and awarding alimony and child support. The only issue of law is the enumeration that the trial court erred in "restricting the evidence to the question of the ability of the father to pay and the needs of the wife and/or the needs of one minor child."

We find no objection to the charge or any attempt to offer additional evidence on the part of the appellant.

*Judgment affirmed. All the Justices concur.*

SUBMITTED DECEMBER 23, 1977 — DECIDED FEBRUARY 7, 1978.

*Albert B. Wallace,* for appellant.
*Monroe Ferguson, Joseph M. Todd,* for appellee.